0AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

United States of America

v.

Case No. 25-MJ-5145

**Petronilo Castillo Bonilla**

*Defendant*

---

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of June 24, 2025, in the County of Erie, in the Western District of New York, the defendant, an alien, was found in the United States, after previously being removed or deported from the United States, without prior authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Sections 1326(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Michael Scioli*

*Complainant's signature*

MICHAEL A. SCIOLI
Supervisory Border Patrol Agent
United States Border Patrol

*Printed name and title*

Sworn to before me and signed telephonically.

Date: July 3, 2025

*Michael J. Roemer*

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE        )   SS:
CITY OF BUFFALO     )

I, Michael A. Scioli, being duly sworn, deposes and says that:

1.      I am a United States Supervisory Border Patrol Agent with the United States Border Patrol, within the Department of Homeland Security (DHS), stationed in Buffalo Sector, New York. I have been employed as a Border Patrol Agent for twenty-two (22) years. In such capacity, my official duties include investigating people who have violated federal immigration laws and other related federal statutes. I have conducted and participated in investigations relating to unauthorized re-entry in the United States, in violation of Title 8, United States Code, Section 1326(a).

2.      As a Border Patrol Agent, I am authorized to investigate violations of laws of the United States, and I am a Law Enforcement Officer with the authority to effectuate arrests and execute criminal complaints and warrants issued under the authority of the United States. As part of my current duties, I have become involved in an investigation of a suspected violation of Title 8, United States Code, Section 1326(a) (Re-entry of Removal Aliens).

3.      I make this Affidavit in support of the Criminal Complaint charging Petronilo CASTILLO BONILLA (hereinafter "CASTILLO BONILLA"), an alien, born in 1985 in

Honduras, with having been found in the United States after having been previously removed or deported from the United States, without first applying to the Attorney General or the Secretary of the Department of Homeland Security, for permission to re-enter the United States, in violation of Title 8, United States Code, Section 1326(a).

4. The statements contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provided to me by other United States Border Patrol and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant did knowingly violate Title 8, United States Code, Sections 1326(a).

## PROBABLE CAUSE

5. On or about June 24, 2025, Buffalo Border Patrol Station agents were conducting surveillance in Amherst, New York.

6. On or about June 24, 2025, during surveillance Buffalo Border Patrol agents encountered a vehicle in Buffalo, New York, within the Western District of New York. This vehicle was registered to CASTILLO BONILLA who was previously ordered removed and deported pursuant to the removal order from the United States.

7. Agents saw two occupants exit the vehicle and enter a Walmart store in Amherst.

8. While agents were watching the vehicle, the same two individuals approached the vehicle, one of the individuals appeared to resemble a photo from Immigration records of CASTILLO BONILLA. As agents approached the individuals, they asked if one of the individuals was named CASTILLO. One individual (later identified as CASTILLO BONILLA) nodded yes. Both individuals then immediately ran in opposite directions. After a brief chase and struggle, agents were able to detain both individuals. CASTILLO BONILLA was questioned as to his citizenship and legal status in the United States. He did not provide any information for the agents.

9. During a brief search of his clothing, a Honduran passport was discovered on CASTILLO BONILLA. Border Patrol Agents determined that both of individuals were possibly present in the United States illegally. Agents took CASTILLO BONILLA into custody under suspicion that he was present in the United States illegally and transported him to the Buffalo Border Patrol Station.

10. It was later confirmed through fingerprints that CASTILLO BONILLA is a citizen and national of Honduras, and not a citizen or national of the United States. CASTILLO BONILLA presented no identification of any type or any documents that would allow him to be or remain in the United States lawfully.

11. As a part of processing, an electronic scan of CASTILLO BONILLA's fingerprints was taken to verify his identity and any immigration history he may have in the United States. This query resulted in an identical biometric match revealing that CASTILLO BONILLA had been issued an FBI number and immigration fingerprint identification number.

12. Criminal and immigration database record checks associated with CASTILLO BONILLA's fingerprints revealed the following:

   a. CASTILLO BONILLA is a native and citizen of Honduras.

   b. On or about July 25, 2018, CASTILLO BONILLA was ordered removed in absentia by an Immigration Judge in Memphis, Tennessee.

   c. On or about December 14, 2018, CASTILLO BONILLA was physically removed the United States to Honduras by airplane, from Alexandria, Louisiana, pursuant to an order of removal

   d. There is no record that CASTILLO BONILLA had applied for or received any authorization or approval from the Attorney General of the United States, or the Secretary of the Department of Homeland Security to re-enter the United States after his last removal.

13. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that on or about June 24, 2025, within the Western District of New York, Petronilo CASTILLO BONILLA, an alien who was removed from the United States on or about July 25, 2018, was found in the United States without having obtained the express

5

consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, in violation of Title 8, United States Code, Section 1326(a).

*Michael Scioli*
_____
MICHAEL A. SCIOLI
Supervisory Border Patrol Agent
United States Border Patrol

Sworn and subscribed to before me telephonically on this __3rd__ day of July 2025.

_____
HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge